GREENWICH SAVINGS BANK, Respondent, v. COMMONWEALTH REALTY CORPORATION et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Cohn, J. P., Callahan, Breitel, Bastow and Botein, JJ. [See *ante*, p. 869.]

In the Matter of the Accounting of HANOVER BANK, Formerly Known as CENTRAL HANOVER BANK & TRUST COMPANY, as Temporary Administrator of the Estate, and as Executor of TEOFILO PARODI, Deceased, Respondent. SILVIA PARODI, Appellant-Respondent; NEW YORK ACADEMY OF MEDICINE et al., Respondents; EDWARD F. X. RYAN, Respondent-Appellant.— Decree and intermediate orders unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.

LEE KAHANE, as Administratrix of the Estate of SARAH FRIEDMAN, Deceased, et al., Respondents, v. 93RD STREET LIVE POULTRY CO., INC., Appellant, et al., Defendant.— Judgment affirmed. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Botein, JJ.; Peck, P. J., and Dore, J., dissent and vote to reverse and grant new trial in the following memorandum: The testimony of plaintiff's eyewitness to the accident is against the weight of credible evidence as to traffic conditions at the time and his testimony as to what he saw is open to serious question. Accepting that evidence, however, it is difficult, if not impossible, to see how the accident could have happened without plaintiff's decedent being contributorily negligent. The verdict is against the weight of the credible evidence.

PATRICIA W. VANDERBILT, Appellant-Respondent, v. CORNELIUS VANDERBILT, JR., Respondent-Appellant.— Order unanimously affirmed as a proper exercise of the discretion of Special Term. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

PATRICIA W. VANDERBILT, Appellant-Respondent, v. CORNELIUS VANDERBILT, JR., Respondent-Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

## (November 12, 1954.)

CHRIST STAIKOS v. C. ECONOMOU CHEESE CORP.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.